# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FABIAN POURRAIN,

      Petitioner,

v.                                     Case No.: 6:25-cv-2233-AGM-LHP

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES and
SECRETARY, U.S. DEPARTMENT
HOMELAND SECURITY,

      Respondents.

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on December 1, 2025.

*[Signature]*

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Pro-se parties
Counsel of Record

1