# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FABIAN POURRAIN,

      Petitioner,

v.                                                   Case No:   6:25-cv-2233-AGM-LHP

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES and
SECRETARY, U.S. DEPARTMENT
HOMELAND SECURITY,

      Respondents

## ORDER TO SHOW CAUSE

This cause comes before the Court on review of the file.   Plaintiff, appearing *pro se*, instituted this action by complaint filed on November 19, 2025.   Doc. No. 1.   However, Plaintiff has not paid the filing fee, nor otherwise filed a motion to proceed *in forma pauperis*, *i.e.*, a motion to proceed without prepayment of certain costs, including the filing fee.

Accordingly, it is **ORDERED** that within **fourteen (14) days** of the date of this Order, Plaintiff shall **SHOW CAUSE** in writing why this matter should not be dismissed.   It is further **ORDERED** that on or before this same deadline, Plaintiff shall either pay the filing fee in full or file a motion to proceed *in forma pauperis*,

which motion must be supported by a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).  **Failure to comply with this Order will result in a recommendation that the case be dismissed.**  *See* **Fed. R. Civ. P. 16(f); Local Rule 3.10.**

The Clerk of Court is **DIRECTED** to mail a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) to Plaintiff,[1] along with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] 1 The Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is available on the Court's website, https://www.flmd.uscourts.gov, by selecting "For Litigants," and "Litigants Without Lawyers," and then selecting "Forms."