**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FABIAN POURRAIN,

    Petitioner,

v.                                              Case No: 6:25-cv-2233-AGM-LHP

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES and
SECRETARY, U.S. DEPARTMENT
HOMELAND SECURITY,

    Respondents

---

**ORDER**

The Court previously issued an Order to Show Cause regarding Plaintiff's failure to pay the filing fee or move for leave to proceed *in forma pauperis*. Doc. No. 4. Upon review of the docket, Plaintiff has now paid the filing fee. Accordingly, the Order to Show Cause (Doc. No. 4) is hereby **DISCHARGED**.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties