**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FABIAN POURRAIN,

      Petitioner,

v.                                                                    Case No:   6:25-cv-2233-AGM-LHP

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES and
SECRETARY, U.S. DEPARTMENT
HOMELAND SECURITY,

      Respondents

---

**ORDER**

Before the Court is Federal Defendants' Motion for an Extension of Time to File a Responsive Pleading. Doc. No. 10. The Court notes Plaintiff's opposition, but does not require the benefit of Plaintiff's response to resolve this motion. *Id.* at 2. On review, the motion establishes good cause for an extension beyond February 11, 2026, but does not establish good cause for an extension up to and including April 23, 2026. *Id.* Accordingly, the motion (Doc. No. 10) will be **GRANTED in part**, and the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint is extended up to and including **March 13, 2026**. The motion will be **DENIED without prejudice** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on January 26, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties